UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO FARIAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW ATCHLEY, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-04167 BLF (PR)<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME AS UNNECESSARY**<br><br><br>(Docket No. 24) |

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at the Salinas Valley State Prison ("SVSP"). Dkt. No. 1. On September 24, 2021, the Court screened the complaint and found it stated cognizable claims of excessive force, denial of his right to access to the courts, and an ADA claim. Dkt. No. 11 at 10. The Court granted leave to amend with respect to the remaining claims or, in the alternative, to file notice that he wishes to proceed on the cognizable claims and strike all other claims from the complaint. *Id.* Subsequently, the Court granted Plaintiff additional time to amend. Dkt. No. 21. On April 8, 2022, Plaintiff filed a motion which the Court construed as notice that he wished to proceed on the cognizable claims. Dkt. Nos. 22, 23. Accordingly, the Court dismissed non-cognizable claims and set briefing on the cognizable claims. Dkt. No. 23. Currently, Defendants' summary judgment motion or

other dispositive motion is due no later than July 14, 2022. *Id.*

Plaintiff has filed a "motion for extension of time," indicating that there was a delay in receiving the last court order. Dkt. No. 24. Plaintiff is advised that there is currently nothing due from him at this time. The last court order directed Defendants to respond to the claims against them. Dkt. No. 23 at 2-3. Once Defendants file a motion for summary judgment or other dispositive motion, Plaintiff will have an opportunity to file an opposition to their motion in the time outlined in the briefing schedule. *Id.* at 3. Accordingly, Plaintiff's motion for an extension of time is DENIED as unnecessary.

Plaintiff also requests the mailing information for Defendants' counsel and "Rule FRCP 56." Dkt. No. 24 at 1. With regard to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff is advised that this resource should be available at the prison law library. The Clerk shall enclose a copy of the docket in this matter, which includes the contact information for Defendants' counsel, as requested by Plaintiff.

This order terminates Docket No. 24.

**IT IS SO ORDERED.**

Dated: ___May 18, 2022_____

BETH LABSON FREEMAN
United States District Judge

Order Denying Motion as Unnecessary
PRO-SE\BLF\CR.21\04167Farias_motion

2