United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO FARIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>C. LOPEZ, et al.,<br><br>    Defendants. | Case No. 21-cv-04167 BLF (PR)<br><br>**ORDER GRANTING IN PART DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 28) |

Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at the Salinas Valley State Prison. Dkt. No. 1. On April 14, 2022, the Court found the complaint, liberally construed, stated cognizable claims, and ordered the matter served on Defendants. Dkt. No. 23. Defendants were directed to file a dispositive motion or notice regarding such motion. *Id.* Defendants have filed a motion requesting a six-month extension of time to file a motion for summary judgment. Dkt. No. 28.

The Court finds that an initial six-month extension of time is excessive and unwarranted. However, for good cause shown, Defendants' motion is **GRANTED IN**

Order Granting in part Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.21\04167Farias_eot_MSJ

**PART**. Defendants shall file a motion for summary judgment **no later than October 12, 2022, which is an extension of 90-days from the original deadline of July 14, 2022.** Plaintiff's opposition to Defendants' motion shall be filed **no later than twenty-eight (28) days** from the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 28.

**IT IS SO ORDERED**

Dated:  ___**July 19, 2022**_____

BETH LABSON FREEMAN
United States District Judge

Order of Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.21\04167Farias_eot_MSJ