1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORGE ALBERTO FARIAS,

          Plaintiff,

       v.

C. LOPEZ, et al.,

          Defendants.

Case No. 21-cv-04167 BLF (PR)

**ORDER GRANTING DEFENDANTS' MOTION TO BIFURCATE SUMMARY JUDGMENT MOTIONS**

(Docket No. 34)

Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at the Salinas Valley State Prison. Dkt. No. 1. On April 14, 2022, the Court found the complaint, liberally construed, stated cognizable claims, and ordered the matter served on Defendants. Dkt. No. 23. Defendants were directed to file a dispositive motion or notice regarding such motion, *id.,* which is currently due by May 1, 2023. Dkt. No. 33. Defendants have filed a motion to bifurcate summary judgment briefing and an extension of time. Dkt. No. 34. Specifically, Defendants seek to first submit a summary judgment based on Plaintiff's failure to exhaust administrative remedies that could resolve the entire case and eliminate the need for numerous arguments that are potentially not required. *Id.* at 2. If the first motion is denied, then Defendants would seek

1   to file a second summary judgment motion with additional defenses.  *Id.*  Furthermore,

2   Defendants seek additional time to file their first summary judgment motion due to a series

3   of discovery disputes that have delayed Plaintiff's deposition.  *Id.*

4        Good cause appearing, Defendants' motion to file bifurcated summary judgments

5   motions is **GRANTED**, as is their motion for an extension of time.  Defendants shall file a

6   motion for summary judgment **no later than June 30, 2023.**

7        Plaintiff's opposition to Defendants' motion shall be filed **no later than twenty-**

8   **eight (28) days** from the date Defendants' motion is filed.  Defendants shall file a reply

9   brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

10       This order terminates Docket No. 34.

11       **IT IS SO ORDERED**

12  Dated:  __March 30, 2023____

                                                                         BETH LABSON FREEMAN

13                                                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25  Order Granting Mot. to Bifurcate MSJs; Granting EOT
    PRO-SE\BLF\CR.21\04167Farias_eot_mot2bif.msj

26

27

28

United States District Court
Northern District of California